UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Mar 09, 2010**

FILED
CLERK'S OFFICE

## UNITED STATES JUDICIAL PANEL
### on
### MULTIDISTRICT LITIGATION

**IN RE: MERRILL LYNCH & CO., INC.,
AUCTION RATE SECURITIES (ARS)
MARKETING LITIGATION**

| | | |
|---|---|---|
| Cellular South, Inc. v. Merrill, Lynch, Pierce, | ) | |
| Fenner & Smith, Inc. | ) | MDL No. 2030 |
| S.D. Mississippi, C.A. No. 3:10-81 | ) | |

## CONDITIONAL TRANSFER ORDER (CTO-4)

On June 10, 2009, the Panel transferred three civil actions to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 626 F.Supp.2d 1331 (J.P.M.L. 2009). Since that time, three additional actions have been transferred to the Southern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Loretta A. Preska.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the Southern District of New York and assigned to Judge Preska.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Southern District of New York for the reasons stated in the order of June 10, 2009, and, with the consent of that court, assigned to the Honorable Loretta A. Preska.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of New York. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Mar 24, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel